IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTONIO ALEJANDRO GUTIERREZ,　　　　　　　　　　CV. 07-99-ST

　　　　Petitioner,　　　　　　　　　　　　　　　ORDER

　　v.

BRIAN BELLEQUE, et al.,

　　　　Respondents.

HAGGERTY, District Judge.

　　Petitioner, who is represented by appointed counsel, has filed a *pro se* Motion for Extension of Time (docket #18) and a *pro se* Motion for Preliminary Injunction (docket #19). These Motions are DENIED on the basis that "[a] party represented by an attorney cannot appear or act except through the attorney." Local Rule 83.9(b).

　　IT IS SO ORDERED.

　　DATED this __25__ day of June, 2007.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Ancer L. Haggerty
　　　　　　　　　　　　　　　United States District Judge

1 - ORDER